REDACTED

FILED
CLERK, U.S. DISTRICT COURT
MAR - 6 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| J. N.,<br><br>  Plaintiff,<br><br>  v.<br><br>DETECTIVE HEATHER HENDRICKSON et al.,<br><br>  Defendants. | No. 2:14-CV-02428-DDP-PLAx<br><br>**PUNITIVE DAMAGES VERDICT** |

WE, THE JURY, in the above-entitled action now reach our <u>unanimous</u> verdict on the following questions submitted to us.

1. Please state the amount of punitive damages you award.

    $ 5,000

Please date, sign, and return this verdict form.

Dated: 3-6-17