Jeff Dominic Price, Esq.  SBN 165534
2500 Broadway, Suite 125
Santa Monica, California 90404
jeff.price@icloud.com
Tel. 310.451.2222

Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| J. N., <br><br> Plaintiff, <br><br> v. <br><br> DETECTIVE HEATHER HENDRICKSON et al., <br><br> Defendants. | No. 2:14-CV-02428-DDP-PLAx <br><br> **JUDGMENT** |

THIS ACTION came on for trial before the Court and a jury, the Honorable Dean D. Pregerson, presiding. The issues having been duly tried, the jury having duly rendered its verdict, and the Defendant named below having been found liable on claims for violations of rights under 42 U.S.C. § 1983,

IT IS ORDERED AND ADJUDGED:

That judgment is entered in favor of the plaintiff, J. N., and against the defendant, Heather Hendrickson, for violations of rights under 42 U.S.C. § 1983, to recover the sum of $5,000,000, with interest thereon at the rate provided by law;

That judgment is entered in favor of the plaintiff, J. N., and against the defendant, Heather Hendrickson, to recover punitive damages, in the sum of $5,000, with interest thereon at the rate provided by law.

Any attorney fees or costs to be awarded to any party will be addressed in a separate order by the Court.

DATED: March 28, 2017

_____
HON. DEAN D. PREGERSON
United States District Judge

1  JUDGMENT