# UNITED STATES DISTRICT COURT
Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

J.N., Plaintiff

V.                                     Case Number: 2:14-CV-02428-DDP-PLAx

Detective Heather Hendrickson, et al., Defendants

Judgment was entered in this action on __03/28/2017__ / __143__ against __Detective Heather Henrickson__.
                                                  Date       Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount Claimed | Amount Taxed |
|---|---|---|
| Filing fees: see L.R. 54-3.1 | | 400.00 |
| Fees for service of process: see L.R. 54-3.2 | | 280.00 |
| United States Marshal's fees: see L.R. 54-3.3 | | |
| Reporter's transcripts: see L.R. 54-3.4  (no order or stipulation for transcript) | $00.00 | ~~116.4~~ |
| Depositions: see L.R. 54-3.5 | | 3,565.35 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | | |
| Interpreter's and translator's fees: see L.R. 54-3.7 | | |
| Docket fees: see L.R. 54-3.8 | | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10  (copy fee only) | $28.00 | ~~265.26~~ |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | | |
| Other Costs: see L.R. 54-3.12 (attach court order)  (no court order attached) | $00.00 | ~~83.22~~ |
| State Court costs: see L.R. 54-3.13 | | |
| Costs on appeal: see L.R. 54-4 | | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | | |
| **TOTAL** | **$4,273.35** | ~~4,710.23~~ |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

[X] The Court's CM/ECF System
[ ] Conventional service by first class mail
[ ] Other _____

/s/ Jeff Dominic Price                                  Jeff Dominic Price
Signature                                               Print Name

Attorney for: J.N., Plaintiff

Costs are taxed in the amount of $4,273.35

Kiry K. Gray                    Kelly Davis                    August 21, 2017
Clerk of Court          By:     Deputy Clerk                   Date